B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>__Northern__ District of __Illinois__ | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Moo & Oink, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>7158 S. Stony Island<br>Chicago, IL 60649<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook                                        ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 ||

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☑ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor____Moo & Oink, Inc.____

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Robert H. Waters_ President                                    x _[signature]_  8/24/11
Signature of Petitioner or Representative (State title)           Signature of Attorney                    Date
UFCW Local 1546 Medical Center     August 24, 2011                Thomas J. Angell of Jacobs, Burns, Orlove & Hernandez
Name of Petitioner                 Date Signed                    Name of Attorney Firm (If any)

Name & Mailing         Robert H. Waters                           Address 122 S. Michigan Avenue, Suite 1720
Address of Individual  1649 West Adams St., 3rd Floor             Chicago, Il 60603-6145
Signing in Representative  Chicago, IL 60612
Capacity

                                                                  Telephone No. 312-327-3437

x_____                          x_____
Signature of Petitioner or Representative (State title)           Signature of Attorney                    Date
UFCW Local 1546 Pension Fund       August   , 2011                                Thomas J. Angell
Name of Petitioner                 Date Signed                    Name of Attorney Firm (If any)

Name & Mailing                                                    Address Same as above
Address of Individual  1649 West Adams St., 3rd Floor
Signing in Representative  Chicago, IL 60612
Capacity

                                                                  Telephone No.

x_____                          x_____
Signature of Petitioner or Representative (State title)           Signature of Attorney                    Date
UFCW Local 1546 Health and Welfare Fund   August   , 2011                         Thomas J. Angell
Name of Petitioner                 Date Signed                    Name of Attorney Firm (If any)

Name & Mailing                                                    Address Same as above
Address of Individual  1649 West Adams St., 3rd Floor
Signing in Representative  Chicago, IL 60612
Capacity

                                                                  Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| UFCW Local 1546 Medical Center<br>1649 West Adams, St., 3rd Floor, Chicago, IL 60612 | employee benefit contributions | $57,598 plus |
| UFCW Local 1546 Pension Fund<br>1649 West Adams St., 3rd Floor, Chicago, IL 60612 | withdrawal liability and employee benefit contributions | $3,196,049 plus |
| UFCW Local 1546 Health & Wel. Fund<br>1649 West Adams St., 3rd Floor, Chicago, IL 60612 | employee benefit contributions | $57,377 plus |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims see next page |

_2 of 3_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor _____ Moo & Oink, Inc. _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
UFCW Local 1546 Medical Center     August __, 2011
Name of Petitioner                  Date Signed

Name & Mailing
Address of Individual     1649 West Adams St., 3rd Floor
Signing in Representative Chicago, IL 60612
Capacity

x _____
Signature of Attorney                Date
Thomas J. Angell of Jacobs, Burns, Orlove & Hernandez
Name of Attorney Firm (If any)
Address 122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Telephone No. 312-327-3437

x _Terry Kramer_ Trustee
Signature of Petitioner or Representative (State title)
UFCW Local 1546 Pension Fund    August 24, 2011
Name of Petitioner                Date Signed

Name & Mailing      Terry Kramer
Address of Individual
Signing in Representative 1649 West Adams St., 3rd Floor
Capacity             Chicago, IL 60612

x _____ 8/24/11
Signature of Attorney                Date
Thomas J. Angell
Name of Attorney Firm (If any)
Address Same as above

Telephone No.

x _____ Trustee
Signature of Petitioner or Representative (State title)
UFCW Local 1546 Health and Welfare Fund    August 24, 2011
Name of Petitioner                Date Signed

Name & Mailing      Carlos Mendez
Address of Individual  1649 West Adams St., 3rd Floor
Signing in Representative Chicago, IL 60612
Capacity

x _____ 8/24/11
Signature of Attorney                Date
Thomas J. Angell
Name of Attorney Firm (If any)
Address Same as above

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| UFCW Local 1546 Medical Center<br>1649 West Adams, St., 3rd Floor, Chicago, IL 60612 | employee benefit contributions | $57,598 plus |
| UFCW Local 1546 Pension Fund<br>1649 West Adams St., 3rd Floor, Chicago, IL 60612 | withdrawal liability and employee benefit contributions | $3,196,049 plus |
| UFCW Local 1546 Health & Wel. Fund<br>1649 West Adams St., 3rd Floor, Chicago, IL 60612 | employee benefit contributions | $57,377 plus |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>see next page |

_2 of 3_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2    Name of Debtor    Moo & Oink, Inc.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Burnett R. Bruck , President
Signature of Petitioner or Representative (State title)
UFCW Local Union 1546         August 24, 2011
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kenneth R. Boyd
1649 West Adams St.
Chicago, IL 60612

x /s/ Thomas J. Angell         August 24, 2011
Signature of Attorney          Date
Thomas J. Angell of Jacobs, Burns, Orlove & Hernandez
Name of Attorney Firm (If any)
Address 122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Telephone No. 312-327-3437

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____         Date
Signature of Attorney
Thomas J. Angell
Name of Attorney Firm (If any)
Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____         Date
Signature of Attorney
Thomas J. Angell
Name of Attorney Firm (If any)
Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| UFCW Local 1546, 1649 West Adams St., Chicago, IL 60612 | Union dues | $1,300 plus |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $3,312,324 plus |

_3_ of _3_ continuation sheets attached