IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-34616 |
| | ) | |
| MOO & OINK, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
THE MANDELL ADVISORY GROUP, LTD.**

Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Moo & Oink, Inc. (the "Debtor"), by and through his attorneys, hereby moves this Court for entry of an order pursuant to 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016(a), and Local Rule 5082-1, allowing and paying the first and final award of compensation to Mandell Advisory Group, Ltd. ("Mandell"), accountants retained by the Trustee in the above-captioned case (the "Application"). In support of this Application, the Trustee states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this First Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The statutory predicates for the relief requested herein are 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016(a), and Local Rule 5082-1.

## BACKGROUND

4.      On or about August 24, 2011 ("Petition Date"), certain creditors of the Debtor filed an involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et. seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-captioned case (the "Bankruptcy Case").

5.      On or about September 30, 2011 an Order for Relief was entered.

6.      Michael K. Desmond is the duly appointed and qualified Chapter 7 Trustee.

7.      Prior to the Petition Date, the Debtor operated three grocery stores located in the Chicago area namely "Stony Island" located at the 7158 Stony Island, Chicago, IL, "Madison Street" located at 4848 W. Madison Street, Chicago, IL, and "Racine" located 8201 S. Racine Avenue, Chicago, IL.  The Debtor is no longer operating.

## BASIS FOR RELIEF

8.      On August 8, 2014, the Bankruptcy Court granted the Trustee's Motion to Employ Mandell retroactive to January 1, 2012.   [*Dkt. No.* 237].

9.      While the Bankruptcy Case has been pending, Mandell has provided tax preparation services for the tax years 2011 – 2016.  In addition, Mandell expects the cost for preparing the final return for tax year  2017 to be $500.00.  Invoices reflecting Mandell's tax preparation services are attached hereto as **Exhibit A**.

10.     Pursuant to Section 330 of the Bankruptcy Code and the generally applicable criteria with respect to time, nature, extent, and value of services performed, all of Mandell's

services are compensable and the compensation requested is fair and reasonable. All of the services rendered by Mandell for the Trustee were necessary and the Trustee submits that the amount sought for payment in this Application is fair and reasonable.

11.     The Trustee prepared this Application in accordance with the guidelines established by Bankruptcy Rule 2016, Local Rule 5082-1, and this Court.

12.     No payments have heretofore been made or promised to Mandell for the accounting services rendered to the Trustee in connection with this case.

13.     All of the services performed by Mandell were reasonable and necessary and have benefitted the Debtor's Estate.

14.     Mandell has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation to be received by Mandell for its accounting services rendered to the Trustee in this case.

## REQUEST FOR LIMITED NOTICE

15.     The Trustee has provided at least twenty-one days' notice of this First and Final Application to all parties registered with CM/ECF in this case, including the United States Trustee's office, the Debtor, and the Debtor's counsel. Additionally, the Trustee has served paper copies of a notice of hearing on this Application by first class U.S. mail on the 20 Largest Creditors, secured creditors, UFCW Local Union 1546, and all parties who have requested notice of all pleadings filed in the Bankruptcy Case, which identifies Mandell as the applicant, states the amounts requested in the Application, and provides contact information for any party to request a copy of the Application free of charge.

16. The Trustee requests that the Court excuse the notice requirements of Bankruptcy Rule 2002(a)(6) and approve the limited notice of this Application as sufficient and appropriate under the circumstances. Limited notice of this Application is sufficient in light of the lack of prejudice to any party, the limited number of active parties in this case, the expense to the estate of serving each creditor individually with the entire Application, and the lack of an offsetting benefit to creditors given that the United States Trustee, and the Debtor's other largest creditors and parties in interest will receive this Application. Further, all creditors will receive notice of this Application and be afforded the chance to receive a copy upon request free of charge.

17. The Trustee requests that the Court deem the notice of this Motion to be sufficient and further notice of this Application be waived for cause shown pursuant to Fed. R. Bankr. P. 9006(c) and 9007.

WHEREFORE, Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Moo & Oink, Inc., respectfully requests that this Court enter an order:

(a) Granting the relief requested in this Application;

(b) Granting the Trustee's request to limit notice of this Application pursuant to Fed. R. Bankr. P. 9006(c) and 9007;

(c) Allowing Mandell's fees in the amount of $8,500.00 for the accounting services to the Trustee from January 1, 2012 through December 31, 2017;

(d) Authorizing the Trustee to pay to Mandell $8,500.00 as final compensation for the services rendered to the Trustee between January 1, 2012 through December 31, 2017; and

      (e)      Granting such other relief as this Court deems necessary or appropriate.

Dated:  December 12, 2017      Respectfully Submitted,

**MICHAEL K. DESMOND, not individually but as Chapter 7 Trustee of the bankruptcy estate of MOO & OINK, INC.,**

By:  */s/ Michael K. Desmond*
      One of his Attorneys

Michael K. Desmond (IL #6208809)
Justin M. Herzog (IL ARDC  #6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

**CERTIFICATE OF SERVICE**

  I, Michael K. Desmond, the undersigned attorney, hereby certify that on December 12, 2017, I electronically filed the **Notice of Hearing** and the **First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Mandell Advisory Group, Ltd.** Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, copies will be served upon the parties on the attached manual service list via first-class United States mail, postage prepaid.

            /s/  *Michael K. Desmond*

- **David A Adelman** adelman@pacaenforcer.com, adelman@adelmanlawoffices.com
- **Thomas J. Angell** tangell@jbosh.com
- **Courtney E Barr** cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com
- **Paul M Bauch** pbauch@bauch-michaels.com, smohan@bauch-michaels.com
- **Kori M Bazanos** kori@bazanoslaw.com
- **Harry Channon** hchannon@ralaw.com, ncapps@ralaw.com;blawrence@ralaw.com;casedocket@ralaw.com
- **Michael R Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
- **Michael R Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
- **Michael K Desmond** mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond** mdesmond@fslegal.com, dorisbay@fslegal.com
- **Elizabeth J Fragale** fragale711@gmail.com
- **Joseph D Frank** jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com;mmatlock@fgllp.com
- **M. Garrett Hohimer** ghohimer@jbosh.com
- **David Huffman-Gottschling** davidhg@jbosh.com
- **Scott E Jensen** sjensen@mjwchicago.com
- **Jeremy C Kleinman** jkleinman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- **Stephen M. Komie** stephen_m_komie@komie-and-associates.com
- **Gina B Krol** gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com
- **Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
- **Kenneth A. Michaels** kmichaels@bauch-michaels.com, smohan@bauch-michaels.com
- **Brian Raynor** braynor@lockelord.com, docket@lockelord.com
- **Travis Rojakovick** trojakovick@lockelord.com
- **Carolina Y. Sales** csales@bauch-michaels.com, smohan@bauch-michaels.com
- **Elizabeth Schutte** eschutte@bakerlaw.com
- **Bruce E de'Medici** bdemedici@gmail.com

**Manual Notice List**

Richard J Firfer
Belongia, Shapiro & Franklin LLP
20 S Clark Street
Suite 300
Chicago, IL 60603

Mark R Mandell
Mandell Advisory Group Ltd.
95 Revere Dr.
Northbrook, IL 60062