**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re: MOO & OINK, INC. | § § § § | Case No. 11-34616 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Michael Desmond</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/26/2019 in Courtroom 682, Dirksen Federal Courthouse, 219 S. Dearborn Street, Courtroom 644, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/12/2019</u>                   By: /s/ Michael K. Desmond
                                                             Chapter 7 Trustee

Michael Desmond
10 South LaSalle
Chicago, IL 60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MOO & OINK, INC.　　　　　　　§　　Case No. 11-34616
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $　　130,226.57 |
| *and approved disbursements of:* | $　　104,927.67 |
| *leaving a balance on hand of[1]:* | $　　25,298.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 121S | FIRST INSURANCE FUNDING CORP | 94,581.27 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $　　0.00 |
| Remaining balance: | $　　25,298.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Michael Desmond | 9,761.33 | 0.00 | 5,709.89 |
| Attorney for Trustee Fees - Figliulo & Silverman PC | 178,800.00 | 85,000.00 | 19,589.01 |
| Attorney for Trustee, Expenses - Figliulo & Silverman PC | 7,336.06 | 7,336.06 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Mandell Advisory Group, Ltd. | 8,500.00 | 8,500.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $　　25,298.90 |
| Remaining balance: | $　　0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $832,034.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23P | U.S. Department of Labor Employee Benefits Security Admin. | 140.99 | 0.00 | 0.00 |
| 42P | Illinois Department of Employment Security | 78,051.08 | 0.00 | 0.00 |
| 42S | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 54P | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 60 | UFCW Local 1546 Welfare Fund c/o Robert Greenberg Asher Gittler & D'Alba Ltd | 107,405.20 | 0.00 | 0.00 |
| 63 | TAMMY L WALKER C/O THE LAW FIRM OF ERNESTO D BORGES JR PC | 19,000.00 | 0.00 | 0.00 |
| 64 | SHUNTAY BROWN C/O THE LAW OFCS OF ERNESTO D BORGES JR PC/BILL BUSTERS | 10,000.00 | 0.00 | 0.00 |
| 65 | STEVEN JONES C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 29,000.00 | 0.00 | 0.00 |
| 66 | DEBORAH A MOORE C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 30,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 67 | JEANICE JOHNSON BILL BUSTERS | 5,000.00 | 0.00 | 0.00 |
| 68 | BENOIT JEAN-BAPTIST | 20,000.00 | 0.00 | 0.00 |
| 69 | ANTHONY MCLIN C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 10,800.00 | 0.00 | 0.00 |
| 70 | REGINA NEAL C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 1,500.00 | 0.00 | 0.00 |
| 71 | MARKITA SMITH-HARRIS C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 10,000.00 | 0.00 | 0.00 |
| 72 | BERNADETTE WALKER C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 16,000.00 | 0.00 | 0.00 |
| 73 | ANTOINETTE ROBINSON C/O BILL BUSTERS | 1,000.00 | 0.00 | 0.00 |
| 74 | LONNIE GUILFORD C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 12,500.00 | 0.00 | 0.00 |
| 75 | FREDDIE MCCRAW C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 2,000.00 | 0.00 | 0.00 |
| 76 | LAKESIA CAMPBELL C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 10,000.00 | 0.00 | 0.00 |
| 77 | DEBORAH PIRTLE C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 1,500.00 | 0.00 | 0.00 |
| 78 | ROBIE BROWN C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 3,000.00 | 0.00 | 0.00 |
| 79 | ROXANNE SMITH C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 1,500.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 80 | SHENEE JOHNSON C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 3,000.00 | 0.00 | 0.00 |
| 81 | CANYA YOUNG C/O THE LAW OFCS OF ERNESTO D BORGES JR PC | 14,000.00 | 0.00 | 0.00 |
| 82 | KEVIN WILLIAMS BILL BUSTER | 26,500.00 | 0.00 | 0.00 |
| 83 | TROY R TOBIAS BILL BUSTERS | 29,000.00 | 0.00 | 0.00 |
| 84 | LORENZO SMITH BILL BUSTERS | 7,500.00 | 0.00 | 0.00 |
| 86P | UFCW Local 1546 Pension Fund c/o Thomas J Angell,Jacobs,Burns,Orlove & Hernandez | 31,707.00 | 0.00 | 0.00 |
| 87P | UFCW Local 1546 Health & Welfare Fund c/o Thomas J Angell,Jacobs,Burns,Orlove & Hernandez | 57,342.00 | 0.00 | 0.00 |
| 88P | UFCW Local 1546 Medical Center c/o Thomas J Angell,Jacobs,Burns, Orlove & Hernandez | 13,140.00 | 0.00 | 0.00 |
| 92 | Glorious Clark | 11,723.00 | 0.00 | 0.00 |
| 93 | Regina Gonnigam c/o Bill Busters | 6,000.00 | 0.00 | 0.00 |
| 94 | Trina Griffith c/o Ernesto Borges Jr | 15,000.00 | 0.00 | 0.00 |
| 95 | Andrea Baylen c/o Ernesto Borges Jr | 19,890.00 | 0.00 | 0.00 |
| 96 | Tammera McMiller c/o Ernesto Borges Jr | 10,000.00 | 0.00 | 0.00 |
| 98 | Vonetta Dehart c/o Ernesto Borges Jr | 4,000.00 | 0.00 | 0.00 |
| 99 | Victor Ray Ford | 15,000.00 | 0.00 | 0.00 |
| 100 | Shazelle Tucker c/o Ernesto Borges Jr | 300.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 102 | Milton Turner c/o Ernesto Borges Jr | 5,000.00 | 0.00 | 0.00 |
| 103 | Mary Steele c/o Ernesto Borges Jr | 2,900.00 | 0.00 | 0.00 |
| 104 | James L. Bond Jr. | 1,500.00 | 0.00 | 0.00 |
| 106 | Ocie Jackson c/o Ernesto Borges Jr | 4,000.00 | 0.00 | 0.00 |
| 107 | Evlavaughn Curtis c/o Ernesto Borges Jr | 2,000.00 | 0.00 | 0.00 |
| 108 | Heidi Hanson c/o Ernesto Borges Jr | 8,000.00 | 0.00 | 0.00 |
| 109 | Natisha Chism c/o Ernesto Borges Jr | 15,000.00 | 0.00 | 0.00 |
| 110 | Kyara Wesley c/o Ernesto Borges Jr | 10,000.00 | 0.00 | 0.00 |
| 111 | Christopher Nowden c/o Ernesto Borges Jr | 2,500.00 | 0.00 | 0.00 |
| 112 | Elexis Ollie c/o Ernesto Borges Jr | 2,000.00 | 0.00 | 0.00 |
| 114 | Tammy Alexander c/o Ernesto Borges Jr | 10,000.00 | 0.00 | 0.00 |
| 115 | Janis Bland c/o Ernesto Borges Jr | 10,000.00 | 0.00 | 0.00 |
| 116 | James Bonds c/o Ernesto Borges Jr | 2,000.00 | 0.00 | 0.00 |
| 117 | Elizabeth A. Smith c/o Ernesto Borges Jr | 85,000.00 | 0.00 | 0.00 |
| 118 | Vincent Gayden c/o Ernesto Borges Jr | 29,000.00 | 0.00 | 0.00 |
| 119 | Debra Sparkman c/o Ernesto Borges Jr | 5,000.00 | 0.00 | 0.00 |
| 123 | Internal Revenue Service | 5,634.91 | 0.00 | 0.00 |

Total to be paid for priority claims:   $             0.00
Remaining balance:                       $             0.00

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $11,228,966.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MCKEE FOODS CORPORATION | 7,858.31 | 0.00 | 0.00 |
| 2 | FedEx Tech Connect Inc As Assignee of FedEx Express/Ground | 6,198.09 | 0.00 | 0.00 |
| 3 | CIT Technology Financing Services Inc. Bankruptcy Processing Solutions Inc | 21,303.29 | 0.00 | 0.00 |
| 4 | CIT Technology Financing Services Inc. Bankruptcy Processing Solutions Inc | 28,704.10 | 0.00 | 0.00 |
| 5 | Dutch Farms, Inc. c/o Collins & Collins | 0.00 | 0.00 | 0.00 |
| 6 | Alta Industrial Equipment Company LLC | 2,231.36 | 0.00 | 0.00 |
| 7 | Wells Fargo Equipment Finance Div of Wells Fargo Bank NA | 7,984.05 | 0.00 | 0.00 |
| 8 | Cookie Specialties, Inc. | 187.00 | 0.00 | 0.00 |
| 9 | Bakemark USA | 1,065.09 | 0.00 | 0.00 |
| 10 | ILPRO of Illinois LLC DBA: Grove Meat Company | 10,953.58 | 0.00 | 0.00 |
| 11 | Liberty Mutual Insurance Company Liberty Mutual Group | 0.00 | 0.00 | 0.00 |
| 12 | SouthFresh Aquaculture, LLC Coface North America Insurance Company | 3,600.00 | 0.00 | 0.00 |
| 13 | Specialty Foods Group Inc | 30,608.52 | 0.00 | 0.00 |
| 14 | Pitney Bowes Global Financial Services | 1,064.63 | 0.00 | 0.00 |
| 15 | Rug Doctor, Inc | 763.07 | 0.00 | 0.00 |
| 16 | Great Lakes Cookies | 3,626.58 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Supreme Lobster and Seafood Co Inc Jacqueline Sylenko, Credit Manager | 17,710.33 | 0.00 | 0.00 |
| 18 | Atlas Toyota Material Handling LLC | 77.14 | 0.00 | 0.00 |
| 19 | Euler Hermes ACI Assignee of Western Edge Inc | 45,130.00 | 0.00 | 0.00 |
| 20 | MUZAK LLC C/O BRIDGETANN OXENDINE | 536.28 | 0.00 | 0.00 |
| 21 | Williams Country Sausage | 46,185.00 | 0.00 | 0.00 |
| 22 | North West Enterprise | 28,886.13 | 0.00 | 0.00 |
| 23U | U.S. Department of Labor Employee Benefits Security Admin. | 221.25 | 0.00 | 0.00 |
| 24 | Savage Poultry Inc Euler Hermes ACI-Agent | 89,620.40 | 0.00 | 0.00 |
| 25 | Consolidated Catfish Companies LLC Euler Hermes ACI-Agent | 142,469.10 | 0.00 | 0.00 |
| 26 | John Johnson/Steven R Saks Rittenberg, Buffen, Gulbranden, Robinson & Saks LTD | 443,064.00 | 0.00 | 0.00 |
| 27 | Home Juice-subsidiary of Sundance Beverage Company National Beverage Corp(Parent) | 5,377.99 | 0.00 | 0.00 |
| 28 | McMaster-Carr Supply Company | 1,133.59 | 0.00 | 0.00 |
| 29 | Otis Elevator Company et al Attn Treasury Services-Credit/ | 238.20 | 0.00 | 0.00 |
| 30 | Castella Imports, INC | 4,944.00 | 0.00 | 0.00 |
| 31 | Kelly Eisenberg Kelly Corned Beef Co | 6,820.00 | 0.00 | 0.00 |
| 32 | CFC INC DBA COLUMBUS VEGETABLE OILS | 61,185.75 | 0.00 | 0.00 |
| 33 | Nealey Foods, Inc. | 239,548.48 | 0.00 | 0.00 |
| 34 | Champion Energy Services, LLC c/o Sheila White | 54,090.91 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 35 | CROWN EQUIPMENT CORPORATION | 500.00 | 0.00 | 0.00 |
| 36 | CROWN CREDIT COMPANY CROWN EQUIPMENT CORPORATION ATTN RODNEY J HINDERS ESQ | 1,654.00 | 0.00 | 0.00 |
| 37 | Allied Waste Services | 3,760.81 | 0.00 | 0.00 |
| 38 | Sara Lee Corporation | 17,894.77 | 0.00 | 0.00 |
| 39 | Commonwealth Edison Company | 12,563.52 | 0.00 | 0.00 |
| 40 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 41 | I.B. of T. Union Local 710 Pension Fund Brian J. O'Malley, Administrator | 24,170.00 | 0.00 | 0.00 |
| 43 | Apache Supply c/o Doug MacPherson | 7,302.00 | 0.00 | 0.00 |
| 44 | Ken Young Food Distributors Inc | 61,326.79 | 0.00 | 0.00 |
| 45 | FRITO-LAY INC | 48,616.99 | 0.00 | 0.00 |
| 46 | BIMBO FOODS INC | 5,090.78 | 0.00 | 0.00 |
| 47 | Euler Hermes ACI Assignee of Western Edge Inc | 39,381.75 | 0.00 | 0.00 |
| 48 | Bottling Group, LLC d/b/a Pepsi Beverages Co. c/o Joseph D. Frank Frank/Gecker LLP | 42,532.93 | 0.00 | 0.00 |
| 49 | Commonwealth Edison Company | 19,947.59 | 0.00 | 0.00 |
| 50 | American Express Bank, FSB c o Becket and Lee LLP | 199.90 | 0.00 | 0.00 |
| 51 | Wirtz Rentals Company | 1,140.00 | 0.00 | 0.00 |
| 52 | Birdie Pak Products Inc | 8,948.25 | 0.00 | 0.00 |
| 53 | Specialty Food Distribution Company LLC Heather M Hunt Law SC | 9,267.66 | 0.00 | 0.00 |
| 54U | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 55 | IBC SALES CORPORATION HOSTESS BRANDS | 53,215.32 | 0.00 | 0.00 |
| 56 | HOBART SERVICE DIV OF ITW FOOD EQUIP GRP LLC ATTN ANITA CLUTTER | 12,698.92 | 0.00 | 0.00 |
| 57 | C & C Dairy, Inc. | 5,312.50 | 0.00 | 0.00 |
| 58 | Waste Management | 2,076.26 | 0.00 | 0.00 |
| 59 | Parker House Sausage Company c/o Nancy Peterman Greenberg Traurig, LLP | 11,681.40 | 0.00 | 0.00 |
| 61 | First Midwest Bank c/o Courtney E. Barr, Esq. Locke Lord LLP | 5,470,910.62 | 0.00 | 0.00 |
| 62 | Four Star Foods c/o Bryan E Minier Pedersen & Houpt | 70,048.03 | 0.00 | 0.00 |
| 85 | Variety Meat Co. c/o Riebandt & DeWald, P.C. | 38,515.30 | 0.00 | 0.00 |
| 86U | UFCW Local 1546 Pension Fund c/o Thomas J Angell,Jacobs,Burns,Orlove & Hernandez | 3,163,871.00 | 0.00 | 0.00 |
| 87U | UFCW Local 1546 Health & Welfare Fund c/o Thomas J Angell,Jacobs,Burns,Orlove & Hernandez | 43,196.73 | 0.00 | 0.00 |
| 88U | UFCW Local 1546 Medical Center c/o Thomas J Angell,Jacobs,Burns, Orlove & Hernandez | 85,569.00 | 0.00 | 0.00 |
| 89 | Swagger Foods Corp. | 13,056.48 | 0.00 | 0.00 |
| 90 | Ricoh Americas Corporation Recovery & Bankruptcy Group | 13,517.80 | 0.00 | 0.00 |
| 91 | Barry Lezak Stephen M Komie, Attorney at Law | 504,705.07 | 0.00 | 0.00 |
| 97 | Naomi Lee c/o Ernesto Borges Jr | 16,692.00 | 0.00 | 0.00 |
| 101 | HUBERT COMPANY LLC | 1,293.56 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 105 | George Curtis c/o Ernesto Borges Jr | 0.00 | 0.00 | 0.00 |
| 113 | UFCW Local 1546 c/o Thomas J Angell,Jacobs,Burns Orlove & | 0.00 | 0.00 | 0.00 |
| 120 | Greenberg Traurig, LLP | 104,922.77 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $             0.00
Remaining balance:  $             0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 121U | FIRST INSURANCE FUNDING CORP | 0.00 | 0.00 | 0.00 |
| 122 | Windy City Food Distributor's Inc. Collins & Collins | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:  $             0.00
Remaining balance:  $             0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims:  $             0.00
Remaining balance:  $             0.00

**UST Form 101-7-NFR (10/1/2010)**

                                              Prepared By: /s/ Michael K. Desmond
                                                                                        Chapter 7 Trustee

Michael Desmond
10 South LaSalle
Chicago, IL 60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**