# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-34616 |
| | ) | |
| MOO & OINK, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## PROOF OF SERVICE

**TO:** See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object, was served upon the parties listed on the Manual Notice List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on February 12, 2019 before the hour of 5:00 p.m., proper postage prepaid.

Date: February 12, 2019

Respectfully submitted,

MICHAEL K. DESMOND, not individually but as Chapter 7 Trustee of the bankruptcy estate of MOO & OINK, INC.

By: *Michael K. Desmond*
      Ch. 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-5287
Fax: (312) 251-4610

## SERVICE LIST

**Mailing Information for Case 11-34616**

## Electronic Mail Notice List (as of 2-11-2019)

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **David A Adelman**    adelman@pacaenforcer.com, adelman@adelmanlawoffices.com
- **Thomas J. Angell**    tangell@jbosh.com
- **Courtney E Barr**    cbarr@lockelord.com, chicagodocket@lockelord.com; pwilliams@lockelord.com
- **Paul M Bauch**    pbauch@lakelaw.com, smohan@lakelaw.com
- **Kori M Bazanos**    kori@bazanoslaw.com
- **Harry Channon**    hchannon@ralaw.com, ncapps@ralaw.com;blawrence@ralaw.com; casedocket@ralaw.com
- **Michael R Collins**    michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
- **Michael R Collins**    michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
- **John S. Delnero**    jdelnero@pedersenhoupt.com, koblazny@pedersenhoupt.com
- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**    mdesmond@fslegal.com, dorisbay@fslegal.com
- **Elizabeth J Fragale**    fragale711@gmail.com
- **Joseph D Frank**    jfrank@fgllp.com, jkleinman@fgllp.com;mmatlock@fgllp.com; csucic@fgllp.com;csmith@fgllp.com
- **Justin M Herzog**    jherzog@fslegal.com
- **M. Garrett Hohimer**    ghohimer@jbosh.com
- **David Huffman-Gottschling**    davidhg@jbosh.com
- **Scott E Jensen**    sjensen@mjwchicago.com
- **Jeremy C Kleinman**    jkleinman@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com; csucic@fgllp.com
- **Stephen M. Komie**    stephen_m_komie@komie-and-associates.com
- **Gina B Krol**    gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Kenneth A. Michaels**    kmichaels@lakelaw.com, smohan@lakelaw.com; cf@lakelaw.com
- **Brian Raynor**    braynor@lockelord.com, docket@lockelord.com
- **Travis Rojakovick**    trojakovick@lockelord.com
- **Carolina Y. Sales**    csales@lakelaw.com, smohan@lakelaw.com
- **Elizabeth Schutte**    eschutte@bakerlaw.com
- **Bruce E de'Medici**    bdemedici@gmail.com

## MANUAL SERVICE LIST

| | |
|---|---|
| UFCW Local 1546 Pension<br>1649 W. Adams<br>Chicago, IL 60612 | Mort Levy<br>1036 Stratford Road<br>Deerfield, IL 60015 |
| Barry Lezak<br>90 Cody Court<br>Deerfield, IL 60015 | Harvey Lezak<br>1520 Lori-Lynn Lane<br>Northbrook, IL 60062 |
| Nealey Foods, Inc.<br>900 W Fulton Market<br>Chicago, IL 60607 | Calumet Meat Company<br>c/o Silverman Consulting<br>5750 Old Orchard Rd., Suite 520<br>Skokie, IL 60077 |
| Dutch Farms, Inc.<br>39393 Eagleway<br>Chicago, IL 60678 | Steven A. Nerger<br>Silverman Consulting<br>5750 Old Orchard Road, Suite 520<br>Skokie, IL 60077 |
| Consolidated Catfish Producers<br>MSC 30548<br>P.O. Box 415000<br>Nashville, IL 37241 | Fox De Luxe<br>370 N. Morgan<br>Chicago, IL 60607 |
| Ken Young Food Distributors<br>12842 S. Western Avenue<br>Blue Island, IL 60406 | First Insurance Funding Corp.<br>450 Skokie Blvd. Suite 1000<br>P.O. Box 3306<br>Northbrook, IL 60065 |
| Frito-Lay, Inc.<br>P.O. Box 643103<br>Pittsburgh, PA 15264 | IL Dept. of Employment<br>P.O. Box 803412<br>Chicago, IL 60680 |
| Gusto Packing, Inc.<br>2125 Rochester Drive<br>Montgomery, IL 60538 | The American Bottling Company<br>21431 Network Place<br>Chicago, IL 60673 |
| IBC Wonder Bread<br>34007 Eagle Way<br>Chicago, IL 60678 | Cargill Food Distributors<br>c/o Bank of America – Chicago<br>P.O. Box 98220<br>Chicago, IL 60693 |
| Variety Meat Company<br>835 Wayman Street<br>Chicago, IL 60607 | Richard J. Firfer<br>Belongia, Shapiro & Franklin LLP<br>20 S Clark St  Suite 300<br>Chicago, IL 60603 |

| | |
|---|---|
| Mark R. Mandell<br>Mandell Advisory Group Ltd.<br>95 Revere Dr.<br>Northbrook, IL 60062 | John Johnson<br>c/o Ivan M. Rittenberg<br>Rittenberg & Buffen<br>309 W. Washington St.,<br>Chicago, IL 60606 |
| Savage Poultry, Inc.<br>1310 Pine St.<br>Delmar, MD 21875 | Shuntay Brown<br>13701 S. Stewart St.<br>Riverdale, IL 60827 |
| Browder Training and Security Academy<br>38393 Eagleway<br>Chicago, IL 60678 | Silverman Consulting<br>5750 Old Orchard Rd., Suite 520<br>Skokie, IL 60077 |
| | |

# ALL CREDITORS WHO FILED CLAIMS

MCKEE FOOD CORP
PO BOX 75
COLLEGEDALE TN 37315
Claim 1

FEDEX TECH CONNECT INC
AS ASSIGNEE OF FEDEX
3965 AIRWAYS BLVD MODULE G 3RD FLR
MEMPHIS TN 38115
Claim 2

CIT TECHNOLOGY FINANCING SERVICES INC
BANKRUPTCY PROCESSING SOLUTIONS INC
1162 E SONTERRA BLVD STE 130
SAN ANTONIO TX 78258
Claim 3, 4

DUTCH FARMS INC
C/O COLLINS & COLLINS
8 S MICHIGAN AVE STE 1414
CHICAGO IL 60603
Claim 5

ALTA INDUSTRIAL EQUIPMENT CO LLC
28775 BECK RD
WIXOM MI 48393
Claim 6

WELLS FARGO EQUIPMENT FINANCE
DIV OF WELLS FARGO BANK NA
300 TRI-STATE INTERNATIONAL STE 400
LINCOLNSHIRE IL 60069
Claim 7

COOKIE SPECIALITIES INC
482 N MILWAUKEE AVE
WHEELING IL 60090
Claim 8

BAKEMARK USA
N 92 W14401 ANTHONY
MENOMONEE FALLS WI 53051
Claim 9

ILPRO OF ILLINOIS LLC
DBA/ GROVE MEAT CO
2222 W GROVE ST
BLUE ISLAND IL 60406
Claim 10

LIBERTY MUTUAL INS CO
ATTN: CUSTOMER ACCTG SERVS
100 LIBERTY WAY
PO BOX 1525
DOVER NH 03820-1525
Claim 11

SOUTHFRESH AQUACULTURE LLC
COFACE NORTH AMERICA INSURANCE CO
50 MILLSTONE RD BLDG 100 STE 360
EAST WINDSOR NJ 08520
Claim 12

SPECIALTY FOODS GROUP INC
21 ENTERPRISE PKWY STE 400
HAMPTON VA 23666
Claim 13

PITNEY BOWES GLOBAL FINANCIAL SERVS
27 WATERVIEW DR
SHELTON CT 06484
Claim 14

RUG DOCTOR INC
4701 OLD SHEPARD PL
(CLAIM 15)

GREAT LAKES COOKIES
PO BOX 1490
BELTON MO 64012
Claim 16

SUPREME LOBSTER AND SEAFOOD CO
JACQUELINE SYLENKO CREDIT MGR
220 E NORTH AVE
VILLA PARK IL 60181
Claim 17

ATLAS TOYOTA MATERIAL HANDLING LLC
5050 N RIVER RD
SCHILLER PARK IL 60176
Claim 18

EULER HERMES ACI
ASSIGNEE OF WESTERN EDGE INC
800 RED BROOK BLVD
OWINGS MILLS MD 21117
Claim 19

MUZAK LLC
C/O BRIDGETANN OXENDINE
3318 LAKEMONT BLVD
FORT MILL SC 29708
Claim 20

WILLIAMS COUNTRY SAUSAGE
5132 OLD TROY HICKMAN RD
UNION CITY TN 38261
Claim 21

NORTH WEST ENTERPRISE
900 LUNT AVE
ELK GROVE VILLAGE IL 60007
Claim 22

US DEPT OF LABOR
EMPLOYEE BENEFITS SECURITY ADMIN
230 S DEARBRON ST STE 2160
CHICAGO IL 60604
Claim 23

SAVAGE POULTRY INC
EULER HERMES ACI-AGENT
800 RED BROOK BLVD
OWINGS MILLS MD 21117
Claim 24

CONSOLIDATED CATFISH CO LLC
EULER HERMES ACI-AGENT
800 RED BROOK BLVD
OWINGS MILLS MD 21117
Claim 25

JOHN JOHNSON/STEVEN R SAKS
RITTENBERG BUFFEN GULBRANDEN
 ROBINSON & SAKS
309 W WASHINGTON ST STE 900
CHICAGO IL 60606
Claim 26

HOME JUICE – NATIONAL BEVERAGE CORP
8100 SW TENTH ST
FORT LAUDERDALE FL 33324
Claim 27

MCMASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO IL 60680-9600
Claim 28

OTIS ELEVATOR CO
ATTN TREASURY SERV-CREDIT/COLLECT
1 FARMS SPRING 1ST FL
FARMINGTON CT 06032
Claim 29

CASTELLA IMPORTS INC
60 DAVIDS DR
HAUPPAUGE NY 11788
Claim 30

KELLY EISENBERG
KELLY CORNED BEEF CO
3531 N ELSTON AVE
CHICAGO IL 60618
Claim 31

CFC INC
D/B/A COLUMBUS VEGETABLE OILS
30 E OAKTON
DES PLAINES IN 60018
Claim 32

NEALEY FOODS
900 W FULTON MARKET
CHICAGO IL 60607
Claim 33

CHAMPION ENERGY SERVICES LLC
C/O SHEILA WHITE
13831 NW FREEWAY STE 500
HOUSTON TX 77040
Claim 34

CROWN EQUIPMENT CORP
102 S WASINGTON ST
NEW BREMEN OH 45869
Claim 35, 36

ALLIED WASTE SERVICES
2608 S DAMEN AVE
CHICAGO IL 60608-5209
Claim 37

SARA LEE CORP
3301 RIDER TRAIL SOUTH
EARTH CITY MO 63045
Claim 38

COMMONWEALTH EDISON
3 LINCOLN CENTRE
OAKBROOK TERRACE IL 60181
ATTN: BANKRUPTCY DEPT
Claim 39, 49

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7436
Claim 40, 123

IB OF T UNION LOCAL710 PENSION FUND
ADMINISTRATOR
9000 W 187TH ST 2ND FL
MOKENA IL 60448
Claim 41

ILL DEPT OF EMPLOYMENT SECURITY
ATTN BANKRUPTCY UNIT – 10TH FLR
33 S STATE ST
CHICAGO IL 60603
Claim 42

APACHE SUPPLY
C/O DOUG MACPHERSON
324 N LAPORTE
NORTHLAKE IL 60164
Claim 43

KEN YOUNG FOOD DISTRIBUTORS INC
12842 S WESTERN AVE
BLUE ISLAND IL 60406
Claim 44

FRITO-LAY INC
PO BOX 660228
DALLAS TX 75266-0228
Claim 45

BIMBO FOODS INC
PO BOX 110
1810 W RIDGE PIKE
NORRISTOWN PA 19428
Claim 46

WESTERN EDGE INC
EULER HERMES ACI-AGENT
800 RED BROOK BLVD
OWINGS MILLS MD 21117
Claim 47

BOTTLING GROUP LLC
D/B/A PEPSI BEVERAGES
FRANK/GECKER
325 N LASALLE ST STE 625
CHICAGO IL 60654
Claim 48

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701
Claim 50

WIRTZ RENTALS CO
1045 W 47TH ST
CHICAGO IL 60609
Claim 51

BIRDIE PAK PRODUCTS INC
3925 W 31ST ST
CHICAGO IL 60623
Claim 52

SPECIALTY FOOD DISTRIBUTION CO LLC
HEATHER M HUNT LAW SC
PO BOX 370
CHIPPPEWA FALLS WI 54729
Claim 53

| | |
|---|---|
| ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO IL 60664-0338<br>Claim 54 | IBC SALES CORP<br>HOSTESS BRANDS<br>PO BOX 419627<br>KANSAS CITY MO 64141-6627<br>Claim 55 |
| HOBART SERVICE<br>DIV OF ITW FOOD EQUIP GRP LC<br>ATTN ANITA CLUTTER<br>710 S RIDGE AVE<br>TROY OH 45373<br>Claim 56 | C & C DAIRY INC<br>101 N WACKER DR STE 101<br>CHICAGO IL 60606<br>Claim 57 |
| WASTE MANAGEMENT<br>2625 W GRANDVIEW RD STE 150<br>PHOENIX AZ 85023<br>Claim 58 | PARKER HOUSE SAUSAGE CO<br>C/O NANCY PETERMAN<br>GREENBERG TRAURIG LLP<br>77 W WACKER DR STE 3100<br>CHICAGO IL 60601<br>Claim 59 |
| UFCW LOCAL 1546 WELFARE FUND<br>C/O ROBERT GREENBERG<br>ASHER GITTLER & D'ALBA LTD<br>200 W JACKSON BLVD STE 1900<br>CHICAGO IL 60606<br>Claim 60 | FIRST MIDWEST BANK<br>C/O COURTNEY E BARR<br>LOCKE LORD LLP<br>111 S WACKER DR<br>CHICAGO IL 60606<br>Claim 61 |
| FOUR STAR FOODS<br>C/O BRYAN E MINIER<br>PEDERSEN & HOUPT<br>161 N CLARK ST STE 3100<br>CHICAGO IL 60601-3242<br>Claim 62 | ERNESTO D BORGES JR. PC<br>10 S MADISON ST 23RD FLR<br>CHICAGO IL 60643<br>Claim 63,64,65,66,67,69,70,71,72,73,74,75,76,77,<br>78,79,80,81,82,83,84,93,94,95,96,97,98,100,102,103,105,106,<br>107,108,109,110,111,112,114,115,116,117,118,119 |
| BENOIT JEAN-BAPTIST<br>4532 S HONORE<br>CHICAGO IL 60609<br>Claim 68 | VARIETY MEAT CO<br>C/O RIEBANDT & DEWALD PC<br>PO BOX 1880<br>ARLINGTON HEIGHTS IL 60006<br>Claim 85 |

UFCW LOCAL 1546 PENSION FUND
C/O THOMAS J ANGELL
JACOBS BURNS ORLOVE & HERNANDEZ
122 S MICHIGAN AVE STE 1720
CHICAGO IL 60603
Claim 86,87,88,113

SWAGGER FOODS CORP
900 CORPORATE WOODS PKWY
VERNON HILLS IL 60061
Claim 89

RICOH AMERICAS CORP
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT RD STE 400
MACON GA 31210
Claim 90

BARRY LEZAK
STEPHEN M KOMIE ESQ
ONE N LASALLE ST STE 4200
CHICAGO IL 60602
Claim 91

GLORIOUS CLARK
14623 GREEN ST
HARVEY IL 60426
Claim 92

VICTOR RAY FORD
8116 S HOUSTON
CHICAGO IL 60617
Claim 99

HUBERT COMPANY LLC
9555 DRY FORD RD
HARRISON OH 45030
Claim 101

JAMES L BOND JR
2827 W 173RD ST
HAZEL CREST IL 60429-1701
Claim 104

GREENBERG TRAURIG LLP
77 W WACKER DR STE 3100
CHICAGO IL 60601
Claim 120

FIRST INSURANCE FUNDING CORP
450 SKOKIE BLVD STE 1000
NORTHBROOK IL 60062
Claim 121

WINDY CITY FOOD DISTRIBUTORS INC
COLLINS & COLLINS
8 S MICHIGAN AVE STE 1414
CHICAGO IL 60603
Claim 122